USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:23-cv-10184

Jane Doe,

    Plaintiff,

vs.

OneTaste, Inc., OneTaste NYC LLC,
Nicole Daedone, and
Rachel Cherwitz,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

Upon the motion of Plaintiff, Jane Doe, for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

ORDERED that Plaintiff's Ex Parte Motion for Leave to Proceed Anonymously be GRANTED.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 3.

Dated: November 21, 2023

_____
GREGORY H. WOODS
United States District Judge