```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JANE DOE,                                                            :
                                                                     :
                                    Plaintiff,                       :   1:23-cv-10184-GHW
                                                                     :
              -against-                                              :   ORDER
                                                                     :
ONETASTE, INC., et al.,                                              :
                                                                     :
                                    Defendants.                      :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024

GREGORY H. WOODS, District Judge:

As discussed at the conference held on May 1, 2024, the deadline for Defendants to file and serve their motion for a stay is May 3, 2024. Plaintiff's opposition is due no later than May 14, 2024. Defendants' reply, if any, is due no later than May 24, 2024.

SO ORDERED.

Dated: May 1, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge