```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
JANE DOE,                                                         :
                                                                  :
                                              Plaintiff,          :    1:23-cv-10184-GHW
                                                                  :
                          -against-                               :    ORDER
                                                                  :
ONETASTE, INC., et al.,                                           :
                                                                  :
                                              Defendants.         :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2024

GREGORY H. WOODS, District Judge:

At the conference held on May 1, 2024, Defendants argued in support of either a mandatory stay under Section 1595(b) of the Trafficking Victims Protection Reauthorization Act (the "TVPRA"), or a discretionary stay "in the interest of justice." *See also* Dkt. No. 25 (making these arguments, and describing how this civil action arises out of the same occurrences charged in the related criminal action). In addition, Plaintiff's counsel conceded at the conference that Plaintiff is a "victim" of the same set of events charged in the related pending criminal action, *U.S. v. Cherwitz and Daedone*, 23-CR-146-DG. Moreover, by letter dated May 3, 2024, Plaintiff has informed the Court that she does not oppose the motion to stay. *See* Dkt. No. 28.

Accordingly, pursuant to Section 1595(b) of the TVPRA, which provides that "[a]ny civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim," Defendants' motion to stay this action pending final adjudication in the trial court of the related criminal action, *U.S. v. Cherwitz and Daedone*, 23-CR-146-DG, is GRANTED. *See* 18 U.S.C. § 1595(b)(1); *see also id.* § 1595(b)(2) ("[A] 'criminal action' . . . is pending until final adjudication in the trial court.").

The parties are directed to provide the Court with a joint letter updating the Court on the status of the related criminal action by no later than the earlier of (a) the final adjudication of the criminal action or (b) March 3, 2025.

The Clerk of Court is directed to note the stay of this case on the docket.

SO ORDERED.

Dated: May 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge