**EDWARDS HENDERSON**
**THE CRIME VICTIM LAW FIRM**

| Florida Office | Telephone (954)524-2820 | New York Office |
|---|---|---|
| | Fax (954)524-2822 | |
| | info@cvlf.com | |

**425 North Andrews Avenue**
**Suite 2**
**Fort Lauderdale, FL  33301**

June 4, 2025

**BY ECF:**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        RE: *Jane Doe v. OneTaste,* Case No. 1:23-cv-10184 GHW(S.D.N.Y.) – Letter to Court regarding Update pursuant to May 3, 2024 Order

Dear Judge Woods:

    On March 1, 2025, this Court ordered that parties provide an update regarding the status of the criminal action related to this matter [D.E 33] on June 5, 2025.

    As of the date of this Letter Motion, the criminal trial commenced on May 5, 2025, and is ongoing. The Parties will adhere to the Court's March 1, 2025, Order and update the Court as they require.

Respectfully submitted,
Edwards Henderson

*/s/ Bradley Edwards*

Bradley Edwards
Brittany Henderson
Brad@cvlf.com
Brittany@cvlf.com