Case 1:23-cv-10184-GHW   Document 37   Filed 08/06/25   Page 1 of 2

**EDWARDS HENDERSON**

**THE CRIME VICTIM LAW FIRM**

| Florida Office | Telephone (954)524-2820 | New York Office |
|---|---|---|
| | Fax (954)524-2822 | *By Appointment only* |
| 425 North Andrews Avenue | info@cvlf.com | |
| Suite 2 | | |
| Fort Lauderdale, FL  33301 | | |

August 5, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2025
```

**BY ECF:**

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *Jane Doe v. OneTaste,* Case No. 1:23-cv-10184 GHW(S.D.N.Y.) –
Letter to Court regarding Update pursuant to June 5, 2024 Order

Dear Judge Woods:

Pursuant to the Court's Order dated June 4, 2025, directing the parties to provide an update regarding the status of the related criminal proceedings upon no later than the earlier of (a) the final adjudication of the criminal action, or (b) August 5, 2025 [D.E. 35], the parties submit the following:

As of the date of this Letter Motion, Nicole Daedone and Rachel Cherwitz have been convicted of conspiracy to commit forced labor. Sentencing for Ms. Cherwitz is scheduled for September 25, 2025, and sentencing for Ms. Daedone is scheduled for September 26, 2025.

On July 8, 2025 Ms. Daedone and Ms. Cherwitz filed a motion for acquittal pursuant to Federal Rule of Criminal Procedure 29(c). In that motion they argued, <u>inter alia</u>, that the government impermissibly used Defendants' First Amendment protected spiritual beliefs, practices and spiritual community to meet its burden of proof. The government filed its opposition brief on July 22, 2025. If the Court grants the motion, it may set aside the verdict and enter an acquittal.

If the motion to acquit is not granted, the parties request that the stay be lifted on September 27, 2025, as the sentencings would constitute a final adjudication of the criminal matter. Should sentencing be delayed for any reason, the parties agree that the stay should be lifted the following

Hon. Gregory H. Woods
*Jane Doe v. OneTaste,* Case No. 1:23-cv-10184 GHW(S.D.N.Y.)
Page 2

day after both Ms. Daedone and Ms. Cherwitz are sentenced. In this eventuality the parties will file a letter updating the court as to new sentencing date.

Respectfully submitted,
Edwards Henderson

Bradley Edwards
Brittany Henderson
Brad@cvlf.com
Brittany@cvlf.com

The Court thanks the parties for this letter. The parties are directed to submit a status letter to the Court within two business days following the final adjudication of the criminal matter. Assuming that the stay will be lifted by the end of September, the Court will issue a separate initial pretrial conference order, setting an initial conference for late October.

SO ORDERED.

Dated: August 6, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge