```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE, :
 :
                      Plaintiff, :
 : 1:23-cv-10184-GHW
           -against- :
 : ORDER
ONETASTE, INC., *et al.*, :
 :
                 Defendants. :
 :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On October 2, 2025 the Court directed the parties to submit a joint letter updating the Court on the status of the related criminal action no later than the earlier of (a) the final adjudication of the criminal action or (b) December 5, 2025. Dkt. No. 40. That letter has not been submitted. Accordingly, the parties are directed to comply with the Court's October 2, 2025 order forthwith, and in no event later than December 8, 2025.

    SO ORDERED.

Dated: December 5, 2025  
New York, New York

                                         GREGORY H. WOODS  
                                 United States District Judge