

December 5, 2025

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, NY 10007

   Re:  **Jane Doe v. OneTaste, Inc., et al.**
      23 cv 10184 (GHW)

Dear Judge Woods:

This firm represents the Defendants OneTaste, Inc. ("OneTaste"), OneTaste NYC LLC ("OneTaste NYC"), Nicole Daedone ("Daedone"), and Rachel Cherwitz ("Cherwitz") (collectively, "Defendants") in the above-referenced matter. I write pursuant to this Court's Order directing the parties to file a joint letter regarding the status of the related criminal matter.

As of today's date, there is no date set for sentencing of Defendants Daedone and Cherwitz. While Defendants have filed their sentencing memoranda with the Court, the government's sentencing memorandum is not due until December 10, 2025.

         Respectfully submitted,


         /s/ Edward P. Grosz
         Edward P. Grosz


cc:  All Counsel of Record (via ECF)

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main: 212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main: 609-514-1500

**Los Angeles**
530 Wilshire Blvd. Suite 301
Santa Monica, CA 90401
Main: 310-337-2305

259105         **www.reitlerlaw.com**