**EDWARDS HENDERSON**
**THE CRIME VICTIM LAW FIRM**

---

Florida Office

425 North Andrews Avenue
Suite 2
Fort Lauderdale, FL  33301

Telephone (954)524-2820

Fax (954)524-2822

info@cvlf.com

New York Office

*By Appointment Only*

Brittany Henderson
Email: brittany@cvlf.com

March 10, 2026

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, NY 10007

Re:   *Jane Doe v. OneTaste, Inc., et. al.,* **Case No. 23-cv-10184 (GHW)**

Dear Judge Woods:

I submit this update on behalf of the parties in the above-referenced matter. This filing is made pursuant to this Honorable Court's Order directing the parties to file a joint letter regarding the status of the related criminal matter.

At the time of this filing, the sentencing dates for Defendants, Nicole Daedone and Rachel Cherwitz, are currently scheduled for March 30, 2026.

Respectfully submitted,

/s/ *Brittany Henderson*
Brittany Henderson

cc: All Counsel of Record (via ECF)