UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/4/2026

------------------------------------------------------------------X

JANE DOE,                                  :
                                           :
                    Plaintiff,             :
                                           :          1:23-cv-10184-GHW
         -against-                         :
                                           :               ORDER
ONETASTE, INC., *et al.*,                  :
                                           :
                    Defendants.  :
                                           :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On March 10, 2026 the Court directed the parties to submit a joint letter updating the Court on the status of the related criminal action no later than the earlier of (a) the final adjudication of the criminal action or (b) April 30, 2026.  Dkt. No. 47.  That letter has not been submitted. Accordingly, the parties are directed to comply with the Court's March 10, 2026 order forthwith, and in no event later than May 8, 2026.

         SO ORDERED.

Dated:  May 4, 2026

                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge