USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JANE DOE,

                    Plaintiff,

          -against-

ONETASTE, INC., *et al.*,

                Defendants.

-------------------------------------------------------------------X

1:23-cv-10184-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 11, 2026 the parties filed a joint letter wherein Defendants indicated that they may move to stay this case pending the Second Circuit's decision on appeal. If Defendants choose to file a motion to stay, it must be filed and briefed on the following schedule: Defendants' motion to stay is due by June 2, 2026; Plaintiff's opposition is due one week after the date of service of Defendants' motion; and Defendants' reply, if any, is due three business days after the date of service of Plaintiff's opposition.

       SO ORDERED.

Dated: May 13, 2026
New York, New York

                                GREGORY H. WOODS
                            United States District Judge