USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                      :

JANE DOE,                               :

                            Plaintiff,     :                 1:23-cv-10184-GHW

                                        :

              -against-                  :                      ORDER

                                        :

ONETASTE, INC., *et al.*,                :

                                          :

                         Defendants. :

                                        :

--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the teleconference held on June 17, 2026, Defendants' motion to stay this matter through the pendency of the appeal in the related criminal action, Dkt. No. 58, is GRANTED. As also stated on the record, the parties are directed to provide the Court with a joint letter updating the Court on the status of the appeal in the related criminal action by no later than the earlier of (a) one week after the Second Circuit's decision on appeal in the related criminal action; or (b) June 17, 2027. In light of the stay in this case, the initial pretrial conference scheduled for July 13, 2026 is adjourned *sine die*.

The Clerk of Court is directed to terminate the gavel pending at Dkt. No. 58.

SO ORDERED.

Dated: June 17, 2026                             _____
New York, New York                         GREGORY H. WOODS
                                      United States District Judge